No. 24-7602

In the
# United States Court of Appeals for the Ninth Circuit

Blanton Banks, II,

*Appellant*,

v.

Trans Union LLC, et al.,

*Appellees*.

On Appeal from the United States District Court for the District of Nevada
No. 2:21-cv-01580-CDS-EJY

**JOINT CRA APPELLEES' OPPOSITION TO MOTION TO STRIKE**

| | |
|---|---|
| Theodore Roethke | Jeffrey R. Johnson |
| SEYFARTH SHAW LLP |    *Counsel of Record* |
| 1075 Peachtree Street N.E. | William J. Strench |
| Atlanta, GA 30309 | JONES DAY |
| +1.404.885.1500 | 51 Louisiana Avenue, N.W. |
| troethke@seyfarth.com | Washington, DC  20001.2113 |
| | +1.202.879.3939 |
| | jeffreyjohnson@jonesday.com |
| *Counsel for Appellee* | |
| *Equifax Information* | *Counsel for Appellee Experian* |
| *Services LLC* | *Information Solutions, Inc.* |

Camille R. Nicodemus, Esq.
QUILLING, SELANDER,
LOWNDS,
WINSLETT & MOSER, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
(317) 497-5600, Ext. 601
cnicodemus@qslwm.com

*Counsel for Defendant-Appellee Trans Union, LLC*

Mr. Banks's Motion to Strike (9th Cir. ECF No. 34) attacks the CRA Appellees' (Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC) good-faith efforts to comply with this Court's rules and instructions and seeks relief barred by this Court's rules. Under Circuit Rule 27-13, "[w]hen a document was sealed in the district court, the document will be filed provisionally under seal," and it must be accompanied by either a motion to maintain it under seal or a "Notice of Intent to File a Document Publicly that Was the Subject of a Seal Below." 9th Cir. R. 27-13(a), (f).

Volume III of the CRA Appellees' Excerpts of Record are redacted excerpts from docket entries 102-1 through 102-6 from the district court's docket. On April 22, 2024, the district court ordered that "Exhibits 1 through 13 attached to ECF No. 102 **must** be immediately sealed by the Clerk of Court" and denied Trans Union's request that they be unsealed. Dkt. No. 208. As far as the docket reveals, that seal was never lifted.

Accordingly, under Circuit Rule 27-13, these materials were filed provisionally under seal with the required notice of the CRA Appellees' intent that they be made publicly available after 21 days unless another party objected. 9th Cir. ECF No. 30. Because the CRA Appellees' brief

1

quoted extensively from these sealed materials, after consultation with this Court's Clerk's Office, the CRA Appellees likewise filed that brief provisionally under seal (after a brief filing error placed it momentarily on the public docket), and both documents were served separately on all parties appearing in this appeal via email.

The CRA Appellees, as their filing under Rule 27.13(f) makes clear, share Mr. Banks's view that there is no need for these materials to be maintained under seal in this Court now that his sensitive identifying information has been redacted. Indeed, the CRA Appellees would have no objection to their being made public earlier. But striking these briefs is unnecessary (as they will become public shortly in any case), and Mr. Banks has no grounds to threaten sanctions for good-faith efforts to comply with this Court's rules for handling sealed documents.

## CONCLUSION

For the foregoing reasons, the Court should deny Mr. Banks's motion and, barring any other party's objection, make the CRA Appellees' filings publicly available at the time contemplated by this Court's rules.

June 11, 2025                    Respectfully submitted,

<div style="margin-left:50%">

/s/Jeffrey R. Johnson
Jeffrey R. Johnson
William J. Strench
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001.2113
+1.202.879.3939
jeffreyjohnson@jonesday.com
*Counsel for Appellee Experian Information Solutions, Inc.*

*/s/ Theodore Roethke (with consent)*
Theodore Roethke
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Atlanta, GA 30309
+1.404.885.1500
troethke@seyfarth.com
*Counsel for Appellee Equifax Information Services LLC*

 /s/Camille R. Nicodemus
Camille R. Nicodemus, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
(317) 497-5600, Ext. 601
cnicodemus@qslwm.com

*Counsel for Defendant-Appellee Trans Union, LLC*

</div>

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Circuit Rule 33(g)(1), I certify that this opposition complies with Circuit Rules 27-1(d) and 32-3(2) because it consists of 393 words typed in proportionally spaced, 14-point Century Schoolbook Standard font, excluding the elements listed as excludable under those Rules.

June 11, 2025                                      Respectfully submitted,

<u>/s/ William J. Strench</u>
William J. Strench
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
+1.202.879.3939
wstrench@jonesday.com
*Counsel for Appellee Experian Information Solutions, Inc.*

4