No. 24-7602
_____

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
_____

**BLANTON BANKS II**
Appellant

v.

**TRANSUNION, LLC ET AL.,**
Appellees.
_____

**APPELLEE U.S. AUTO'S MOTION FOR LEAVE TO FILE LATE**

**APPELLEE BRIEF**
_____

On Appeal from the United States District Court
for the District of Nevada, Las Vegas Division
Case No. 2:21-cv-01580-CDS-EJY

_____

Kurt R Bonds, Esq.
Nevada Bar No. 6228
Charles E. Deskins, Esq.
Nevada Bar No. 15532
HALL & EVANS LLC
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 982 _____
*Attorneys for Defendant/Appellee*
*I.C. Systems, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

COMES NOW Appellee I.C. Systems Inc, and hereby respectfully seeks leave from the Court to extend the time to file its Appellee Brief and separate Excerpts of Record. Good Cause exists for I.C. Systems having not timely filed those documents by the June 4, 2025 filing deadline.

Pursuant to this Court's Order entered on April 30, 2025, all Appellees' briefs, including I.C. Systems Inc., was due by June 4, 2025. See Dkt. Entry 27. Previously counsel of record served as counsel of record for another Appellee, Transunion, LLC. After no longer serving as counsel of record for that Appellee, a clerical error occurred to where notice of any orders or filings appearing on the docket had been received or calendared. In fact, counsel was unaware of any appeal having being filed by Mr Banks until today June 16, 2025. While counsel acknowledges receipt of notices, the calendaring department for counsel failed to input the appeal and deadlines into the calendar, believing that counsel was no longer representing any defendants in this case. This error was due to previously representing a different defendant in the case and subsequently having that file transferred to another firm.

Specifically, in the underlying matter before the district court, the underlying counsel was terminated as counsel for Transunion on August 15, 2023. That file was closed. Since that time, the undersigned counsel has moved to a new law firm with

2

Hall & Evans LLC. Once the error was discovered on June 16, 2025, the instant Motion was prepared and filed. There has only been 11 days since the deadline of June 4, 2025. None of the parties involved would be prejudiced by allowing I.C. Systems Inc, time to submit its answering brief. Another defendant/appellee still has yet to respond unrelated to the undersigned counsel. A copy of the scheduling Order that was just retrieved by our office alerted counsel as to the deadlines.

    I.C. Systems, Inc., respectfully submits that it is proceeding with extreme diligence in taking the steps to correct the mistake and ensure timely filings from this stage forward. I.C. Systems, Inc., was not contacted by Appellant to try to confer regarding the motion, instead was notified of this by a co-defendant/Appellee. This failure to timely file its Appellee Brief is the result of good faith error, excusable neglect, and inadvertence only. I.C. Systems Inc., represents that it will agree that Mr. Banks' Reply Brief should be continued to 21 days after its Appellee Brief is filed in accordance with Fed. R. App. P. 31(a)(1) and Circuit Rule 31-2. 1(a).

    Leave to file its Appellee's Brief after the June 4, 2025 deadline should be granted because Ninth Circuit Court of Appeals has expressed a preference for resolving matters on their merits rather than on procedural grounds. *See Chavez v. Brnovich,* 42 F.4th 1091, 1098 (9th Cir. 2022). Based on the foregoing, and the following Declaration in support thereof, I.C. Systems, Inc., respectfully seeks leave

from the Court and retroactive extension of time of 10 days to file its Appellee Brief.

Respectfully submitted this 16th day of June, 2025.

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
CHARLES E. DESKINS, ESQ.
Nevada Bar No. 15532
1160 Town Center Drive
SUITE 330
LAS VEGAS, NEVADA 89144
(702) 982-4310
nvefile@hallevans.com
*Attorneys for Appellee I.C. Systems, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice of such filing to all parties.

/s/ Kurt R. Bonds_____  
KURT R. BONDS, ESQ.  
Nevada Bar No. 6228

**DECLARATION OF KURT R. BONDS, Esq. In support of Appellee I.C. Systems, Inc., Motion for Leave to File Late Appellee Brief**

I, KURT R. BONDS, Esq., hereby declare under penalty of perjury of the laws of the United States and of the State of Nevada, as follows:

1. I am a partner with the law firm of HALL & EVANS LLC and I am licensed to practice before the Ninth Circuit Court of Appeals. I have personal knowledge of the following facts and could competently testify to the truth thereof if SO called and required.

2. From my review of Hall & Evans LLC's records for this matter, I have confirmed that Hall & Evans is retained to represent I.C. Systems, Inc., in the underlying action entitled *Banks v. Trans Union LLC* et al. , United States District Court, District of Nevada, Case No. 2:21-cv-01580-CDS-EJY

3. My previous firm of Alverson Taylor & Sanders was previously retained to represent Transunion, LLC., as well as I.C. Systems in the same underlying action.

4. I.C. Systems requests that the Court retroactively approve an extension of time to June 27, 2025 so that Appellee's brief can be properly submitted.

5. The extension of time is necessary because as set forth above, there was a clerical error due to the dual party representation and being terminated as counsel of record from Transunion, LLC. Therefore, I.C. Systems, Inc.

6

submits that it should be provided with an opportunity to respond to the arguments in the opening brief so a decision can be made on the merits and not a procedural error.

      6. I.C. Systems Inc., was just made aware of the existence of the filing on June 16. 2025, as well as the responsive deadlines.

      I hereby declare that the foregoing is true4 and correct to the best of my knowledge and abilities.

      Dated June 16, 2025

                                                /s/ Kurt R. Bonds

                                                Declarant