UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BLANTON BANKS II,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>TRANS UNION, LLC; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>AD ASTRA RECOVERY SERVICES, INC. and AARGON AGENCY, INC.,<br><br>        Defendants. | No. 24-7602<br><br>D.C. No.<br>2:21-cv-01580-CDS-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

      The motion (Docket Entry No. 28) for reconsideration is denied.

      Appellee Experian Information Solutions, Inc. filed a notice (Docket Entry No. 30) of intent to file publicly the consumer reporting agency ("CRA") appellees' joint answering brief and Volume 3 of the CRA appellees' joint supplemental excerpts of record. *See* 9th Cir. R. 27-13(f). No other party having filed a motion to file or maintain these documents under seal, the clerk will file publicly the CRA appellees' joint answering brief (Docket Entry No. 63) and

Volumes 1 through 3 of the CRA appellees' joint supplemental excerpts of record (Docket Entry Nos. 31 and 61).

The opposed motion (Docket Entry No. 34) to strike the CRA appellees' joint answering brief is denied.

The opposed motions (Docket Entry Nos. 43, 57) to file a late answering brief are granted. The clerk will file (1) U.S. Auto Credit's answering brief and supplemental excerpts of record at Docket Entry Nos. 48 and 49, and (2) I.C. Systems, Inc.'s answering brief and supplemental excerpts of record at Docket Entry Nos. 62 and 64. The clerk will also file the reply brief at Docket Entry No. 60.

The motion (Docket Entry No. 52) to strike or for entry of default against First Premier Bank and I.C. Systems, Inc. is denied.

Any supplemental reply brief is due July 21, 2025.